UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BATH FITTER FRANCHISING, INC. and CONNECTICUT BATHWORKS CORP., | CIVIL ACTION NO. 3:03CV882 (AVC) |
| PLAINTIFFS, | |
| V. | |
| BATH-PRO, LLC d/b/a RE-BATH OF CONNECTICUT and KENNETH BUSTIN | |
| DEFENDANTS. | NOVEMBER 3, 2003 |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS

Pursuant to Local Rule 7(b) of the District of Connecticut, the Plaintiffs, Bath Fitter Franchising, Inc. and Connecticut Bathworks Corp., hereby request an additional twenty (20) days, up to and including November 27, 2003, in which to file closing papers, which are otherwise due on November 7, 2003.

The Plaintiffs represent that good cause exists for this request. The Plaintiffs have not previously requested an extension of time to file closing papers. Plaintiffs' counsel has conferred with Defendants' counsel and he has no objection to the granting of this request for an extension. The parties are in the process of finalizing a settlement agreement.

WHEREFORE, the Plaintiffs respectfully request an extension of twenty (20) days, up to and including November 27, 2003 to file closing papers.

        THE PLAINTIFFS
        BATH FITTER FRANCHISING, INC. and
        CONNECTICUT BATHWORKS, CORP.,

        */s/ Michael R. Brandt*
        David A. Ryan, Jr. (ct.05064)
        Michael R. Brandt (ct.18308)
        Ryan & Ryan, LLC
        105 Court Street, Suite 303
        New Haven, CT 06511
        (203) 752-9794
        -Their Attorneys-

## **CERTIFICATION**

The undersigned hereby certifies that the foregoing was mailed, first class, postage prepaid, this 3rd day of November 2003 to all counsel and pro se parties of record as listed below:

Glenn W. Dowd
Kristin Thomas
Day, Berry & Howard, LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499

Michael K. Callan
Doherty, Wallace, Pillsbury & Murphy
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144-1002

_____
Michael R. Brandt