O3CV882mxtend

#45

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BATH FITTER FRANCHISING, INC. and<br>CONNECTICUT BATHWORKS CORP.,<br><br>PLAINTIFFS,<br>V.<br><br>BATH-PRO, LLC d/b/a RE-BATH OF<br>CONNECTICUT and<br>KENNETH BUSTIN<br><br>DEFENDANTS. | CIVIL ACTION NO.<br>3:03CV882 (AVC)<br><br><br><br><br><br>NOVEMBER 3, 2003 |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS

Pursuant to Local Rule 7(b) of the District of Connecticut, the Plaintiffs, Bath Fitter Franchising, Inc. and Connecticut Bathworks Corp., hereby request an additional twenty (20) days, up to and including November 27, 2003, in which to file closing papers, which are otherwise due on November 7, 2003.

The Plaintiffs represent that good cause exists for this request. The Plaintiffs have not previously requested an extension of time to file closing papers. Plaintiffs' counsel has conferred with Defendants' counsel and he has no objection to the granting of this request for an extension. The parties are in the process of finalizing a settlement agreement.



GRANTED.
November 5, 2003.
SO ORDERED.

Alfred V. Covello, U.S.D.J.