FILED

2003 NOV 26 P 2: 18

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BATH FITTER FRANCHISING, INC. and CONNECTICUT BATHWORKS CORPORATION, | : CIVIL ACTION : : NO. 03-CV-882 (AVC) |
| Plaintiffs, | : |
| v. | : |
| BATH-PRO, LLC d/b/a RE-BATH OF CONNECTICUT and KENNETH BUSTIN | : : |
| Defendants. | : : NOVEMBER 26, 2003 : |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS

Pursuant to Local Rule 7(b) of the District of Connecticut, the defendants, hereby respectfully move for a thirty (30) day extension of time, to Monday, December 28, 2003, within which to file closing papers, which are otherwise due on November 27, 2003.

The defendants represent that good cause exists for this motion. This is the parties' second motion for an extension of time to file closing papers. Defendants' counsel has conferred with plaintiffs' counsel, and he has not objection to this Motion. The parties are in the process of finalizing a settlement agreement.

-1-

WHEREFORE, the defendants respectfully request an extension of thirty (30) days, up to and including December 29, 2003 to file closing papers.

**DEFENDANTS,**
BATH-PRO, LLC d/b/a RE-BATH OF
CONNECTICUT and KENNETH BUSTIN,

By _/s/ Glenn W. Dowd_
Glenn W. Dowd (ct# 12847)
Kristin Thomas (ct#24578)
Day, Berry & Howard LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
email: gwdowd@dbh.com
kthomas@dbh.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via first-class mail, postage prepaid, as of this date, to:

| | |
|---|---|
| Michael K. Callan, Esq.<br>Doherty, Wallace, Pillsbury & Murphy<br>One Monarch Place<br>1414 Main Street, 19th Floor<br>Springfield, MA 01144-1002 | David A. Ryan, Jr. Esq.<br>Michael Richard Brandt, Esq.<br>Ryan & Ryan<br>105 Court Street, Suite 303<br>New Haven, CT 06511 |

_/s/ Glenn W. Dowd_
Glenn W. Dowd