UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK 10007

_: CTDC/NHCT
CRERJ HCUSE: COVELLO
DC Dkt: 03-cv-882

**NOV 2 5 2003**

ROSEANN B. MACKECHNIE
CLERK
ROSEANN B. MacKechnie, CLERK
SECOND CIRCUIT

Re: Bath Fitter Franchis v. Bath-Pro, LLC

Docket No. 03-9032

CIVIL APPEALS SCHEDULING ORDER #1
ADDRESS INQUIRIES TO (212) 857-8576

Noting that <u>Glenn Dowk, Esq.</u> counsel for the appellants,
<u>Bath-Pro, LLC and Kenneth Bustin</u> has filed a Notice of Appeal, a
Civil Appeals Pre-Argument Statement and Transcript information, and being
advised as to the progress of the appeal,

IT IS HEREBY ORDERED that the index to the record on appeal, a certified,
copy of the docket entries, and the clerk's certificate shall be filed
on or before _Dec. 24, 2003_. The documents constituting the
record on apeal shall not be transmitted until requested by this Court,
but will be required within 24 hour of such request.

IT IS FURTHER ORDERED that the appellant's brief and the joint appendix be
filed on or before _Jan. 4, 2004_.

IT IS FURTHER ORDERED that the brief of the appellee be filed on or before
_Feb. 4, 2004_.

IT IS FURTHER ORDERED that ten (10) copies of each brief be filed with the
Clerk.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard no
earlier than the week of _Mar. 15, 2004_. All counsel should
immediately advise the Clerk by letter of the dates thereafter that they
are unavailable for oral argument. The time and place of oral argument
shall be separately noticed by the Clerk to counsel.

IT IS FURTHER ORDERED that in the event of default by appellant in filing
the record on appeal, or the appellant's brief and joint appendix, at the
times directed, or upon default or the appellant regarding any other
provision of this order, the appeal may be dismissed forthwith without
further notice.

IT IS FURTHER ORDERED that if the appellee fails to file a brief within the
time directed by this order, the appellee shall be subject to such sanctions
as the court may deem appropriate.

ROSEANN B. MACKECHNIE, Clerk

By: _Stanley Bass_
Stanley Bass
Staff Counsel

FILED
DEC 1 '3 12 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.