47

03cv882 mtn ext, Alf

FILED

2003 NOV 26 P 2: 18

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BATH FITTER FRANCHISING, INC. and CONNECTICUT BATHWORKS CORPORATION, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 03-CV-882 (AVC) |
| v. | : | |
| BATH-PRO, LLC d/b/a RE-BATH OF CONNECTICUT and KENNETH BUSTIN | : | |
| Defendants. | : | NOVEMBER 26, 2003 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS

Pursuant to Local Rule 7(b) of the District of Connecticut, the defendants, hereby respectfully move for a thirty (30) day extension of time, to Monday, December 28, 2003, within which to file closing papers, which are otherwise due on November 27, 2003.

The defendants represent that good cause exists for this motion. This is the parties' second motion for an extension of time to file closing papers. Defendants' counsel has conferred with plaintiffs' counsel, and he has not objection to this Motion. The parties are in the process of finalizing a settlement agreement.

GRANTED. Alfred V. Covello, U.S.D.J.

December 2, 2003. SO ORDERED.

-1-