FILED

2003 DEC 23 P 1:0

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BATH FITTER FRANCHISING, INC. and CONNECTICUT BATHWORKS CORP.,<br><br>PLAINTIFFS,<br>V.<br><br>BATH-PRO, LLC d/b/a RE-BATH OF CONNECTICUT and<br>KENNETH BUSTIN<br><br>DEFENDANTS. | CIVIL ACTION NO.<br>3:03CV882 (AVC)<br><br><br><br><br><br><br><br>DECEMBER 22, 2003 |

**PARTIES' FOURTH MOTION FOR EXTENSION
OF TIME TO FILE CLOSING PAPERS**

Pursuant to Local Rule 7(b) of the District of Connecticut, the Plaintiffs, Bath Fitter Franchising, Inc. and Connecticut Bathworks Corp., hereby request an additional ten (10) days, up to and including January 8, 2004, in which to file closing papers, which are otherwise due on December 28, 2003.

The Plaintiffs represent that good cause exists for this request. The defendants have signed their respective settlement agreements. The Plaintiffs will execute these agreements upon receipt. Upon expiration of the rescission period the Plaintiffs will file closing papers.

1

Plaintiffs' counsel has conferred with Defendants' counsel and he has no objection to the granting of this request for an extension.

WHEREFORE, the Plaintiffs respectfully request an additional extension of ten (10) days, up to and including January 8, 2004 to file closing papers.

> THE PLAINTIFFS
> BATH FITTER FRANCHISING, INC. and
> CONNECTICUT BATHWORKS, CORP.,
>
> _____
> David A. Ryan, Jr. (ct.05064)
> Michael R. Brandt (ct.18308)
> Ryan & Ryan, LLC
> 105 Court Street, Suite 303
> New Haven, CT 06511
> (203) 752-9794
> -Their Attorneys-

## **CERTIFICATION**

The undersigned hereby certifies that the foregoing was mailed, first class, postage prepaid, this 22nd day of December 2003 to all counsel and pro se parties of record as listed below:

Glenn W. Dowd
Kristin Thomas
Day, Berry & Howard, LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499

Michael K. Callan
Doherty, Wallace, Pillsbury & Murphy
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144-1002

Michael R. Brandt