CTDC/NHCT
03-cv-882
COVELLO

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT


FILED DEC 1 6 2003
Roseann B. MacKechnie CLERK
SECOND CIRCUIT

BATH FITTER

v.

BATH PRO

Docket No. 03-9032

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by Jan. 7, 2004. If not thus reactivated, the appeal shall be deemed withdrawn with prejudice.

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney for Appellant
Glenn Dowd - Day, Berry & Howard

_____
Attorney for Appellee
David A. Ryan, Jr. - Ryan & Ryan LLC

Counsel: Please print name and firm under signature.

Dated:

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Dec. 16, 2003

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 12/16/03