UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BATH FITTER FRANCHISING, INC. and
CONNECTICUT BATHWORKS CORP.,

          PLAINTIFFS,

V.

BATH-PRO, LLC d/b/a RE-BATH OF
CONNECTICUT and
KENNETH BUSTIN

          DEFENDANTS.

CIVIL ACTION NO.
3:03 CV 882(AVC)

JANUARY 7, 2004

## APPEARANCE

Please enter the appearance of William A. Ryan of Ryan & Ryan, LLC on behalf of the Plaintiffs, Bath Fitter Franchising, Inc. and Connecticut Bathworks Corp., in the above referenced matter.

          THE PLAINTIFFS,
          BATH FITTER FRANCHISING,
          INC. and CONNECTICUT
          BATHWORKS CORP.

          _____
          William A. Ryan
          (ct15530)
          Ryan & Ryan, LLC
          105 Court Street, Suite 303
          New Haven, CT  06511
          (203) 752-9794
          -Its Attorneys-