

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| BATH FITTER FRANCHISING, INC. and CONNECTICUT BATHWORKS CORP., | CIVIL ACTION NO. 3:03CV882 (AVC) |
| PLAINTIFFS, V. | |
| BATH-PRO, LLC d/b/a RE-BATH OF CONNECTICUT and KENNETH BUSTIN | |
| DEFENDANTS. | JANUARY 7, 2004 |

### PLAINTIFFS' FIFTH MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS

Pursuant to Local Rule 7(b) of the District of Connecticut, the Plaintiffs, Bath Fitter Franchising, Inc. and Connecticut Bathworks Corp., hereby request an additional fourteen (14) days, up to and including January 22, 2004, in which to file closing papers, which are otherwise due on January 8, 2004.

The Plaintiffs represent that good cause exists for this request. The defendants have signed their respective settlement agreements. The Plaintiffs will execute these agreements upon receipt. Upon expiration of the rescission period the Plaintiffs will file closing papers.

1

Plaintiffs' counsel has conferred with Defendants' counsel and he has no objection to the

granting of this request for an extension.

WHEREFORE, the Plaintiffs respectfully request an additional extension of fourteen (14)

days, up to and including January 22, 2004 to file closing papers.

THE PLAINTIFFS
BATH FITTER FRANCHISING, INC. and
CONNECTICUT BATHWORKS, CORP.,

William A. Ryan (ct. 15530)
David A. Ryan, Jr. (ct.05064)
Ryan & Ryan, LLC
105 Court Street, Suite 303
New Haven, CT 06511
(203) 752-9794
-Their Attorneys-

2

## CERTIFICATION

The undersigned hereby certifies that the foregoing was mailed, first class, postage prepaid, this 7th day of January 2004 to all counsel and pro se parties of record as listed below:

Glenn W. Dowd
Kristin Thomas
Day, Berry & Howard, LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499

Michael K. Callan
Doherty, Wallace, Pillsbury & Murphy
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144-1002

_____
William A. Ryan