FILED

2003 DEC 23 P 1: 0\

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BATH FITTER FRANCHISING, INC. and<br>CONNECTICUT BATHWORKS CORP.,<br><br>PLAINTIFFS,<br>V.<br><br>BATH-PRO, LLC d/b/a RE-BATH OF<br>CONNECTICUT and<br>KENNETH BUSTIN<br><br>DEFENDANTS. | CIVIL ACTION NO.<br>3:03CV882 (AVC)<br><br><br><br><br><br><br><br>DECEMBER 22, 2003 |

### PARTIES' FOURTH MOTION FOR EXTENSION
### OF TIME TO FILE CLOSING PAPERS

Pursuant to Local Rule 7(b) of the District of Connecticut, the Plaintiffs, Bath Fitter Franchising, Inc. and Connecticut Bathworks Corp., hereby request an additional ten (10) days, up to and including January 8, 2004, in which to file closing papers, which are otherwise due on December 28, 2003.

The Plaintiffs represent that good cause exists for this request. The defendants have signed their respective settlement agreements. The Plaintiffs will execute these agreements upon receipt. Upon expiration of the rescission period the Plaintiffs will file closing papers.

January 5, 2004. GRANTED
SO ORDERED.
Alfred V. Covello, U.S.D.J.

1