

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BATH FITTER FRANCHISING, INC. and CONNECTICUT BATHWORKS CORP., <br><br> PLAINTIFFS, <br> V. <br><br> BATH-PRO, LLC d/b/a RE-BATH OF CONNECTICUT and KENNETH BUSTIN <br><br> DEFENDANTS. | CIVIL ACTION NO. 3:03CV882 (AVC) <br><br><br><br><br> JANUARY 7, 2004 |

### PLAINTIFFS' FIFTH MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS

Pursuant to Local Rule 7(b) of the District of Connecticut, the Plaintiffs, Bath Fitter Franchising, Inc. and Connecticut Bathworks Corp., hereby request an additional fourteen (14) days, up to and including January 22, 2004, in which to file closing papers, which are otherwise due on January 8, 2004.

The Plaintiffs represent that good cause exists for this request. The defendants have signed their respective settlement agreements. The Plaintiffs will execute these agreements upon receipt. Upon expiration of the rescission period the Plaintiffs will file closing papers.

January 12, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

1