UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BATH FITTER FRANCHISING, INC. and CONNECTICUT BATHWORKS CORP., | CIVIL ACTION NO. 3:03CV882 (AVC) |
| PLAINTIFFS, | |
| V. | |
| BATH-PRO, LLC d/b/a RE-BATH OF CONNECTICUT and KENNETH BUSTIN | |
| DEFENDANTS. | JANUARY 20, 2004 |

### PLAINTIFFS' SIXTH MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS

Pursuant to Local Rule 7(b) of the District of Connecticut, the Plaintiffs, Bath Fitter Franchising, Inc. and Connecticut Bathworks Corp., hereby request an additional fourteen (14) days, up to and including February 5, 2004, in which to file closing papers, which are otherwise due on January 22, 2004.

The Plaintiffs represent that good cause exists for this request. The defendants have to obtain two (2) additional signatures for their portion of the agreement. The Plaintiffs have executed their portion of the agreement. Upon expiration of the rescission period the Plaintiffs

1

will file closing papers. Plaintiffs' counsel has conferred with Defendants' counsel and he has no objection to the granting of this request for an extension.

WHEREFORE, the Plaintiffs respectfully request an additional extension of fourteen (14) days, up to and including February 5, 2004 to file closing papers.

                THE PLAINTIFFS
                BATH FITTER FRANCHISING, INC. and
                CONNECTICUT BATHWORKS, CORP.,

                David A. Ryan, Jr. (ct.05064)
                Ryan & Ryan, LLC
                105 Court Street, Suite 303
                New Haven, CT 06511
                (203) 752-9794
                -Their Attorneys-

## CERTIFICATION

The undersigned hereby certifies that the foregoing was mailed, first class, postage prepaid, this 20th day of January 2004 to all counsel and pro se parties of record as listed below:

Glenn W. Dowd
Kristin Thomas
Day, Berry & Howard, LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499

Michael K. Callan
Doherty, Wallace, Pillsbury & Murphy
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144-1002

David A. Ryan, Jr.