UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BATH FITTER FRANCHISING, INC. and CONNECTICUT BATHWORKS CORP., | CIVIL ACTION NO. 3:03CV882 (AVC) |
| PLAINTIFFS, | |
| V. | |
| BATH-PRO, LLC d/b/a RE-BATH OF CONNECTICUT and KENNETH BUSTIN | |
| DEFENDANTS. | JANUARY 20, 2004 |

## PLAINTIFFS' SIXTH MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS

Pursuant to Local Rule 7(b) of the District of Connecticut, the Plaintiffs, Bath Fitter Franchising, Inc. and Connecticut Bathworks Corp., hereby request an additional fourteen (14) days, up to and including February 5, 2004, in which to file closing papers, which are otherwise due on January 22, 2004.

The Plaintiffs represent that good cause exists for this request. The defendants have to obtain two (2) additional signatures for their portion of the agreement. The Plaintiffs have executed their portion of the agreement. Upon expiration of the rescission period the Plaintiffs

January 23, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 JAN 23 P 3:35
U.S. DISTRICT COURT
HARTFORD, CT

1