FILED

2004 FEB -5 A 11: 01

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BATH FITTER FRANCHISING, INC. and CONNECTICUT BATHWORKS CORP., | CIVIL ACTION NO. 3:03CV882 (AVC) |
| PLAINTIFFS, V. | |
| BATH-PRO, LLC d/b/a RE-BATH OF CONNECTICUT and KENNETH BUSTIN | |
| DEFENDANTS. | FEBRUARY 4, 2004 |

### PLAINTIFFS' SEVENTH MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS

Pursuant to Local Rule 7(b) of the District of Connecticut, the Plaintiffs, Bath Fitter Franchising, Inc. and Connecticut Bathworks Corp., hereby request an additional thirty (30) days, up to and including March 5, 2004, in which to file closing papers, which are otherwise due on February 5, 2004.

The Plaintiffs represent that good cause exists for this request. The defendants have to obtain two (2) additional signatures for their portion of the agreement. The Plaintiffs have executed their portion of the agreement and are holding the settlement proceeds in escrow. Upon

1

receipt of the fully executed settlement agreement and expiration of the rescission period the Plaintiffs will file closing papers. Plaintiffs' counsel has conferred with Defendants' counsel and he has no objection to the granting of this request for an extension of time.

WHEREFORE, the Plaintiffs respectfully request an additional extension of thirty (30) days, up to and including March 5, 2004 to file closing papers.

THE PLAINTIFFS
BATH FITTER FRANCHISING, INC. and
CONNECTICUT BATHWORKS, CORP.,

*[signature]*

Michael R. Brandt (ct.18308)
Ryan & Ryan, LLC
105 Court Street, Suite 303
New Haven, CT 06511
(203) 752-9794
-Their Attorneys-

2