


FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BATH FITTER FRANCHISING, INC. and CONNECTICUT BATHWORKS CORP., | CIVIL ACTION NO. 3:03CV882 (AVC) |
| PLAINTIFFS, | |
| V. | |
| BATH-PRO, LLC d/b/a RE-BATH OF CONNECTICUT and KENNETH BUSTIN | |
| DEFENDANTS. | FEBRUARY 4, 2004 |

**PLAINTIFFS' SEVENTH MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS**

Pursuant to Local Rule 7(b) of the District of Connecticut, the Plaintiffs, Bath Fitter Franchising, Inc. and Connecticut Bathworks Corp., hereby request an additional thirty (30) days, up to and including March 5, 2004, in which to file closing papers, which are otherwise due on February 5, 2004.

The Plaintiffs represent that good cause exists for this request. The defendants have to obtain two (2) additional signatures for their portion of the agreement. The Plaintiffs have executed their portion of the agreement and are holding the settlement proceeds in escrow. Upon

February 10, 2004. GRANTED. Alfred V. Covello, U.S.D.J.
SO ORDERED.

1