FILED

2004 MAR -1 P 2: 20

U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BATH FITTER FRANCHISING, INC. and CONNECTICUT BATHWORKS CORP., | CIVIL ACTION NO. 3:03CV882 (AVC) |
| PLAINTIFFS, | |
| V. | |
| BATH-PRO, LLC d/b/a RE-BATH OF CONNECTICUT and KENNETH BUSTIN | |
| DEFENDANTS. | FEBRUARY 27, 2004 |

**PLAINTIFFS' MOTION TO**
**WITHDRAW COMPLAINT**

Pursuant to the Court's Notice to Counsel dated October 10, 2003, the Plaintiffs, Bath Fitter Franchising, Inc. and Connecticut Bathworks Corp., hereby seeks to Withdraw the Complaint against the Defendants, Bath-Pro, LLC d/b/a Re-Bath of Connecticut and Kenneth Bustin. The parties have executed a Settlement Agreement and Release and the rescission period has expired.

WHEREFORE, the Plaintiffs respectfully request that the Court permit withdrawal of the Complaint against the Defendants.

1

THE PLAINTIFFS
BATH FITTER FRANCHISING, INC. and
CONNECTICUT BATHWORKS, CORP.,

_____
Michael R. Brandt (ct.18308)
Ryan & Ryan, LLC
105 Court Street, Suite 303
New Haven, CT 06511
(203) 752-9794
-Their Attorneys-

## CERTIFICATION

The undersigned hereby certifies that the foregoing was mailed, first class, postage prepaid, this 27th day of February 2004 to all counsel and pro se parties of record as listed below:

Glenn W. Dowd
Kristin Thomas
Day, Berry & Howard, LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499

Michael K. Callan
Doherty, Wallace, Pillsbury & Murphy
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144-1002

Michael R. Brandt