FILED
2004 MAR -1 P 2: 20
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BATH FITTER FRANCHISING, INC. and CONNECTICUT BATHWORKS CORP., <br><br> PLAINTIFFS, <br><br> V. <br><br> BATH-PRO, LLC d/b/a RE-BATH OF CONNECTICUT and KENNETH BUSTIN <br><br> DEFENDANTS. | CIVIL ACTION NO. 3:03CV882 (AVC) <br><br><br><br><br><br> FEBRUARY 27, 2004 |

**PLAINTIFFS' MOTION TO WITHDRAW COMPLAINT**

Pursuant to the Court's Notice to Counsel dated October 10, 2003, the Plaintiffs, Bath Fitter Franchising, Inc. and Connecticut Bathworks Corp., hereby seeks to Withdraw the Complaint against the Defendants, Bath-Pro, LLC d/b/a Re-Bath of Connecticut and Kenneth Bustin. The parties have executed a Settlement Agreement and Release and the rescission period has expired.

WHEREFORE, the Plaintiffs respectfully request that the Court permit withdrawal of the Complaint against the Defendants.

FILED 2004 MAR -8 P 3:50 U.S. DISTRICT COURT HARTFORD, CT

March 8, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

1